APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT DADDIO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE A.I. DuPONT HOSPITAL FOR CHILDREN OF THE NEMOURS | : | NO.   05-0441 |

ORDER

AND NOW, this            Day of                     , 2007, it is hereby

ORDERED that the application of <u>Alexander E. Dreier, Esquire</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                      J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __05-0441__

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Alexander E. Dreier__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __4314__, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Maryland | 06/25/1997 | 199706250113 |
| District of Columbia | 10/05/1998 | 459963 |
|  |  |  |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| US Court of Appeals for the Tenth Circuit | 04/20/1999 |  |
| US Court of Appeals for the Eleventh Circuit | 11/08/2002 |  |
| US Court of Appeals for the Ninth Circuit | 08/15/2000 |  |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Civil Action No. 05-0441 - For non-parties The Children's Hospital of Philadelphia and James E. Goin, PhD.

(Applicant's Signature)

March 6, 2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

555 13th Street, N.W.
Washington, D.C.  20004
(202) 637-6864

Sworn and subscribed before me this

6th Day of March, 2007

Christina C. Ellinwood

Notary Public
My Commission Expires April 30, 2008

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _Alexander E. Dreier, Esquire_ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Howard M. Klein, Esquire | [signature] | 08/13/1981 | 33632 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Conrad O'Brien Gellman & Rohn, P.C.

1515 Market Street, 16th Floor, Philadelphia, PA 19102

(215) 864-9600

Sworn and subscribed before me this
___ Day of Mar, 2007

[signature]
Notary Public

DENISE A. KASER
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 7 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application of Alexander E. Dreier, Esquire to practice in this Court pursuant to Local Rule of Civil Rule of Procecdure 83.5.2(b ) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Theresa M. Blanco, Esquire
Eaton & McClellan
230 S. Broad Street
3rd Floor
Philadelphia, PA 19102
*Attorneys for Plaintiffs*

R. Nichols Gimbel, Esquire
McCarter & English
1735 Market Street
Mellon Bank Center, Suite 700
Philadelphia, PA 19103
*Attorney for Defendants The AI DuPont Hospital for Children and The Nemours Foundation*

Sara Petrosky, Esquire
McCann and Geschke, P.C.
1800 John F. Kennedy Blvd., Suite 801
Philadelphia, PA 19103-7406
*Attorneys for Defendants The Nemours Foundation, William I. Norwood, Christian Pizarro, John Murphy, A. Majeed Bhat, Ellen Spurrier, Deborah Davis, Paul Kerns and R. Rios*

/s Howard M. Klein   (HMK 1768)
Howard M. Klein

March 6, 2007