```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROBERT DADDIO, et al.           :     CIVIL ACTION
                                :
     v.                         :
                                :
THE A.I. DUPONT HOSPITAL FOR    :
CHILDREN OF THE NEMOURS         :
FOUNDATION, et al.              :     NO. 05-441
```

ORDER

AND NOW, this 21st day of August, 2009, upon consideration of the defendants' Motion to Preclude Expert Testimony Under <u>Daubert</u> and Rule 702 of the Federal Rules of Evidence (Docket No. 129), the plaintiffs' oppositions (Docket Nos. 136, 142, 200), the defendants' replies thereto (Docket Nos. 134, 202), as well as the various other filings and letters received from the parties on these issues, and upon further consideration of the arguments and evidence presented by the parties at various hearings on September 16, 2008 (Docket No. 127), March 11, 2009 (Docket No. 143), June 24, 2009 (Docket No. 196), and July 7, 2009 (Docket No. 198), and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED, for the reasons stated in the memorandum of law bearing today's date, that the defendants'

Motion for Summary Judgment (Docket No. 201) is GRANTED. Judgment is hereby entered for the defendants on the plaintiffs' medical negligence and informed consent claims.

                    BY THE COURT:

                    /s/ Mary A. McLaughlin
                    MARY A. McLAUGHLIN, J.