IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROBERT DADDIO, et al.            :    CIVIL ACTION
                                 :
     v.                          :
                                 :
THE A.I. DUPONT HOSPITAL FOR     :
CHILDREN OF THE NEMOURS          :
FOUNDATION, et al.               :    NO. 05-441


ORDER


        AND NOW, this 12th day of August, 2011, upon

consideration of the Plaintiffs' Motion to Vacate the Clerk's

Taxation of Costs (Docket No. 224)and the defendants' opposition

thereto, IT IS HEREBY ORDERED that costs of $12,378.93 are taxed

in favor of defendants and against the plaintiff's for the

reasons stated in a memorandum of law bearing today's date.



                          BY THE COURT:



                          /s/ Mary A. McLaughlin
                          MARY A. McLAUGHLIN, J.